

**NUMBER 13-19-00601-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**FRANCISCO EZEQUIEL LOPEZ,**                             **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                         **Appellee.**

---

**On Appeal from the 206th District Court
of Hidalgo County, Texas.**

---

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This cause is before the Court on appellant's second motion for extension of time to file the brief. The reporter's record was filed on July 8, 2020, and appellant's brief was originally due to be filed thirty days thereafter. *See* TEX. R. APP. P. 38.6(a). This Court

previously granted appellant one extension of time totaling 90 days to file the brief, and appellant now seeks an additional 60 days, until January 15, 2021, to file the brief.

The Court GRANTS appellant's second motion for extension to file the brief and ORDERS the Honorable Victoria Guerra to file the brief on or before January 15, 2021. No further extensions will be granted absent additional exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
1st day of December, 2020.